UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CHRISTOPHER L. SCRUGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:16-CV-039 JD |
| | ) | |
| SGT. SINCLAIR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court referred the plaintiff's motion for preliminary injunction to Magistrate Judge Michael G. Gotsch. On June 2, 2017, he issued a report and recommendation, in which he recommended that the motion be denied. ECF 81. The parties were informed that they had fourteen days after being served with a copy of the report and recommendation to file any written objections. More than fourteen days have passed and no party filed any objection. *Willis v. Caterpillar*, Inc., 199 F.3d 902, 904 (7th Cir. 1999)(explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation).

For these reasons, the court **ADOPTS** the report and recommendation (ECF 81) of the magistrate judge, and **DENIES** the motion for preliminary injunction (ECF 77).

SO ORDERED.

ENTERED: June 28, 2017

/s/ JON E. DEGUILIO
Judge
United States District Court